✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 8 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE GRAND JURY FOR THE MAY 15, 2025, TERM | MINUTES OF THE COURT<br><br>DATE: September 18, 2025 |

PRESENT:   THE HONORABLE CARLA BALDWIN         UNITED STATES MAGISTRATE JUDGE

Deputy Clerk:     Lisa Mann      Court Reporter:     Dianne Brumley, Bonanza Reporting

U. S. Attorney by:     Andolyn Johnson

PROCEEDINGS: GRAND JURY

The roll of the Grand Jury is taken. (18 members present which constitutes a quorum).

The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed.   There are    no     sealed indictments.

On motion of the United States Attorney,

**IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants or Summonses issued where indicated.

| | |
|---|---|
| 3:25-cr-00030-MMD-CSD | USA v. JOSE ARMAS-RODRIGUEZ<br>Warrant to Issue |
| 3:25-cr-00031-ART-CLB | USA v. SAMUEL R. CHACON, M.D.<br>Warrant to Issue |

Minutes of the Grand Jury
September 18, 2025
Page 2

IT IS ORDERED that the Grand Jury report upon notice.

Grand Jury convened at 9:07 a.m.

Grand Jury adjourned at 1:39 p.m.

DEBRA K. KEMPI, CLERK

By: /s/ Lisa Mann
Lisa Mann, Deputy Clerk